BEFORE THE THIRD DIVISION, NOVEMBER 4, 1942

**No. 47697.**—Protests 80766–K, etc., of Quan Hing et al.   (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel certain of the merchandise in question was held entitled to free entry as crude drugs under paragraph 1669, and the merchandise consisting of drugs, sliced, was held dutiable as drugs advanced in value or condition at 10 percent under paragraph 34, as claimed.   *Oy Wo Tong Co.* v.· *United States* (5 Cust. Ct. 70, C. D. 372) followed

BEFORE THE SECOND DIVISION, NOVEMBER 5, 1942

**No. 47698.**—Protests 53448–K, etc., of Caradine Hat Co. et al.   (St. Louis.)

Opinion by TILSON, J.   Upon the agreed facts and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) certain of the harvest hats in question were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those imported subsequent to the Netherlands Trade Agreement, T. D. 48075, were held dutiable at 12½ percent under paragraph 1504 (b) (5), as claimed.

**No. 47699.**—Protests 687285–G, etc., of International Harvest Hat Co. et el. (St. Louis).

Opinion by TILSON, J.   Upon the agreed facts and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), certain of the harvest hats in question were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those imported subsequent to the Netherlands Trade Agreement, T. D. 48075, were held dutiable at 12½ percent under paragraph 1504 (b) (5), as claimed.

**No. 47700.**—Protests 870358–G, etc., of Morris Shoenthal, Inc.   (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 47291 the hats or hoods in question, in chief value of ramie, not blocked or trimmed, and not bleached, dyed, colored, or stained, were held dutiable at 25 percent under paragraph 1504 (b) (1), as claimed.

**No. 47701.**—Protest 86279–K of Miller Bros.   (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 46910 the woven silk mufflers in question were held dutiable as claimed.

**No. 47702.**—Protest 65790–K of John Wanamaker, Philadelphia (Philadelphia).